UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Appellee, | ) | Case No.:  22-4618 |
| | ) | |
| -versus- | ) | MOTION TO AMEND |
| | ) | JOINT APPENDIX |
| Allan Padgett-Ventura, | ) | |
| | ) | |
| Appellant. | ) | |
| _____ | ) | |

Appellant's counsel hereby moves this Honorable Court for leave to file an amended joint appendix.  The grounds for the motion are that numerous documents were inadvertently omitted from the original joint appendix, including the transcript of Appellant's arraignment/plea hearing; the transcript of Appellant's original sentencing hearing; and the Fourth Circuit's previous order.  Undersigned counsel has previously consulted with opposing counsel, who has no objections to this request.

Respectfully submitted,

*s/ Leslie T. Sarji*
Leslie T. Sarji
Federal ID# 9062
Sarji Law Firm, LLC
171 Church Street, Suite 360
Charleston, South Carolina 29401
(843)722-5354
Attorney for Appellant

Charleston, South Carolina
June 12, 2023