FILED: June 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4618
(5:20-cr-00183-BO-8)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ALLAN EDUARDO PADGETT-VENTURA

    Defendant - Appellant

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion. The supplemental appendix is due on or before 06/16/2023.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk